IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-396-W

| | | |
|---|---|---|
| SHARON D. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, and ROWLAND GIVENS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court on the parties' Notice of Settlement and Joint Motion for Stay (Doc. No. 25). In their filing, the parties informed the Court that they have settled the matters in controversy between them and have memorialized such resolution in a Settlement Agreement, but that it will take some time to fulfill certain provisions contained therein. Accordingly, the parties request this Court to stay trial and other proceedings pending the filing of the Joint Stipulation of Dismissal.

Although the parties have requested a stay, it is the general policy of this Court, upon receiving notice that the parties have entered into a settlement agreement, to dismiss the case subject to the parties' right to reopen the matter should settlement not be consummated in a timely manner. Accordingly, that portion of the parties' motion that seeks a stay is DENIED.

THEREFORE, because the parties have advised the Court that they have settled all matters in controversy among them, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days. All pending motions are TERMINATED, and the trial set for docket call on Monday, March 21, 2011,

shall be removed from the Court's calendar. The parties are directed to file their Stipulation of Dismissal on or before May 2, 2011.

IT IS SO ORDERED.

Signed: March 16, 2011

Frank D. Whitney
United States District Judge